**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br><br> Defendant. | Case No. _____ <br><br> **COMPLAINT** |

**CERTIFICATION OF RELATED CASES**

Pursuant to L.R. 40.1(g)(1), the above-titled case is related to *Alexander Kestenbaum, et al. v. President and Fellows of Harvard College*, D. Mass. Case No. 1:24-cv-10092-RGS ("*Kestenbaum*") and *The Louis D. Brandeis Center for Human Rights, et al., v. President and Fellows of Harvard College*, D. Mass. Case No. 1:24-cv-11354-RGS ("*Brandeis*") for the reasons set forth and stated as follows:

All actions share a common Defendant, Harvard. Both the *Kestenbaum* and *Brandeis* cases alleged that Harvard violated Title VI of the Civil Rights Act of 1964 through intentional discrimination and deliberate indifference to a hostile environment on campus. This action alleges intentional discrimination and deliberate indifference to a hostile environment more broadly at Harvard and encompasses some of the facts and occurrences alleged in *Kestenbaum* and *Brandeis*. As such, the facts establishing the acts of alleged discrimination and deliberate indifference in the *Kestenbaum* and *Brandeis* cases constitute a subset of the facts which give rise to this case.

1

Respectfully submitted,

March 20, 2026                                HARMEET K. DHILLON
                                             Assistant Attorney General

                                             JESUS A. OSETE
                                             Principal Deputy Assistant Attorney General

                                             JEFFREY MORRISON (MO No. 44401)
                                             Deputy Assistant Attorney General


                                             */s/ Jeffrey Morrison*
                                             JOHN P. MERTENS (UT No. 14522)
                                             Acting Chief, Educational Opportunities Section
                                             DANIEL S. FLICKINGER (AL No. 9539N77F)
                                             Senior Counsel
                                             ADAM F. GRIFFIN (NC No. 55075)
                                             Trial Attorney
                                             JOSHUA R. ZUCKERMAN (DC No. 1724555)
                                             Trial Attorney
                                             Civil Rights Division
                                             U.S. Department of Justice
                                             950 Pennsylvania Avenue, N.W.
                                             Washington, D.C. 20530
                                             Telephone: (202) 532-3893
                                             Email: john.mertens@usdoj.gov

                                             ATTORNEYS FOR PLAINTIFF
                                             UNITED STATES OF AMERICA

2