**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>    v.<br><br>PRESIDENT AND FELLOWS OF HARVARD<br>COLLEGE,<br><br>                  Defendant. | Civil Action No. 1:26-cv-11352 |

**DEFENDANT'S MOTION TO DESIGNATE CASE AS RELATED AND TO TRANSFER**

Pursuant to Local Rules 7.1, 40.1(g), and 40.1(j), Harvard respectfully moves this Court to designate this case as related to *President & Fellows of Harvard College v. U.S. Department of Health & Human Services*, No. 25-cv-11048-ADB (D. Mass.) ("*Harvard v. HHS*"), and transfer it to Judge Allison D. Burroughs in accordance with that designation. Harvard submits this motion, and the accompanying memorandum in support of this motion, to ensure that the Court has an opportunity to consider this closely related action that the Government failed to bring to the Court's attention despite multiple opportunities to do so, *see* Dkts. 1-3, 9, and despite the Government's "continuing duty to inform this Court of related actions before any court," Standing Order re: Notice of Related Actions In Cases Filed Before Stearns, D.J. (Apr. 16, 2014). Because Harvard's prior Notice Concerning Related Case Submission, Dkt. 13, was filed nearly simultaneously with the Court's Order noting its satisfaction with the Government's submission regarding relatedness under Local Rule 40.1(g), Dkt. 10, the Court's Order was issued without the benefit of the additional considerations in Harvard's submission. Accordingly, Harvard brings this motion to ensure that the Court has had the opportunity to consider the key similarities between this case and *Harvard v. HHS.*

## CONCLUSION

For the reasons stated in Defendant's accompanying Memorandum in Support of Motion to Designate Case as Related and to Transfer, the Court should designate the case as related to *Harvard v. HHS* under Local Rule 40.1(g)(1) and transfer the case to Judge Burroughs under Local Rule 40.1(j)(1).

DATED:  April 13, 2026                         Respectfully Submitted,


                                               */s/ Felicia H. Ellsworth*

Robert K. Hur*                                 Felicia H. Ellsworth, BBO # 665232
KING & SPALDING LLP                            WILMER CUTLER PICKERING
1700 Pennsylvania Ave. NW, Suite 900             HALE AND DORR LLP
Washington, DC 20006                           60 State Street
T: (202) 383-8969                              Boston, MA 02109
F: (202) 626 3737                              T: (617) 526-6000
rhur@kslaw.com                                 F: (617) 526-5000
                                               Felicia.Ellsworth@wilmerhale.com


Joshua S. Levy, BBO # 563017                   Steven P. Lehotsky, BBO # 655908
ROPES & GRAY LLP                               LEHOTSKY KELLER COHN LLP
The Prudential Tower                           200 Massachusetts Ave. NW, Suite 700
800 Boylston Street                            Washington, DC 20001
T: (617) 951-7000                              T: (512) 693-8350
F: (617) 951-7050                              F: (512) 727-4755
joshua.levy@ropesgray.com                      steve@lkcfirm.com


* *pro hac vice* motion forthcoming

## **LOCAL RULE 7.1 CERTIFICATION**

In accordance with Local Rule 7.1(a), the undersigned hereby certifies that counsel for Harvard contacted counsel for the Government by email and telephone in a good faith attempt to resolve or narrow the issues involved in this motion, but were unable to do so.

*/s/ Felicia H. Ellsworth*
Felicia H. Ellsworth

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2026, I caused this document to be filed through the CM/ECF system, where it will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ *Felicia H. Ellsworth*
Felicia H. Ellsworth