**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PRESIDENT AND FELLOWS OF<br>HARVARD COLLEGE,<br><br>　　　　　Defendant. | Case No. 1:26-CV-11352-RGS |

**ASSENTED-TO MOTION TO
MODIFY PAGE LIMIT FOR DEFENDANT'S MOTION TO DISMISS**

Defendant President and Fellows of Harvard College ("Harvard") respectfully requests

that the Court modify the default page limitation applicable to Harvard's anticipated motion to

dismiss the Complaint, due on May 19, 2026, and grant leave to file a memorandum of up to 40

pages in length in support of Harvard's forthcoming motion.

In support of this motion, Harvard states as follows:

1.　　　The United States filed its Complaint on March 20, 2026.  Dkt. 1.  The Complaint

asserts claims for deliberate indifference and intentional discrimination under Title VI and for

breach of contract.  It seeks wide-ranging and novel relief, including declaratory and injunctive

relief, rescission of existing grants and restitution of past grant payments, a bar on future federal

funding, and the appointment of an independent monitor.  The Complaint includes 162 numbered

paragraphs of allegations and cites or references numerous materials in 118 footnotes.

2.　　　Harvard intends to move to dismiss the Complaint under Rule 12(b)(6).  Under

Local Rule 7.1(b)(4), memoranda in support of motions are ordinarily limited to 20 pages.

3.      Harvard will present its arguments as concisely as possible.  But additional pages are necessary to address the significance and scope of the issues raised by the Complaint.  This case concerns billions of dollars in federal funding and raises substantial questions of national importance regarding, among other things, the Government's authority to enforce Title VI and the procedural and substantive limits on that authority.  It also presents important questions regarding the availability of the remedies the Government seeks.

4.      A memorandum of up to 40 pages will allow Harvard to address these issues in an orderly and efficient manner, and will serve the interests of judicial economy by permitting the Court to consider the various respects in which the Complaint is deficient.

5.      Harvard has conferred with counsel for the United States pursuant to Local Rule 7.1(a)(2), and the United States assents to this motion.

## **CONCLUSION**

For the reasons set forth above, Harvard respectfully requests that this Court grant leave to file a memorandum in support of its forthcoming motion to dismiss of up to 40 pages in length.

DATED:  May 7, 2026

                                              Respectfully Submitted,

                                              */s/ Felicia H. Ellsworth*

| | |
|---|---|
| Robert K. Hur* | Felicia H. Ellsworth, BBO # 665232 |
| KING & SPALDING LLP | WILMER CUTLER PICKERING |
| 1700 Pennsylvania Ave. NW, Suite 900 |   HALE AND DORR LLP |
| Washington, DC 20006 | 60 State Street |
| T: (202) 383-8969 | Boston, MA 02109 |
| F: (202) 626 3737 | T: (617) 526-6000 |
| rhur@kslaw.com | F: (617) 526-5000 |
| | Felicia.Ellsworth@wilmerhale.com |
| | |
| Joshua S. Levy, BBO # 563017 | Steven P. Lehotsky, BBO # 655908 |
| ROPES & GRAY LLP | LEHOTSKY KELLER COHN LLP |
| The Prudential Tower | 200 Massachusetts Ave. NW, Suite 700 |
| 800 Boylston Street | Washington, DC 20001 |
| T: (617) 951-7000 | T: (512) 693-8350 |
| F: (617) 951-7050 | F: (512) 727-4755 |
| joshua.levy@ropesgray.com | steve@lkcfirm.com |

\* *pro hac vice* motion forthcoming

**LOCAL RULE 7.1 CERTIFICATION**

The undersigned hereby certifies that on May 7, 2026, counsel for Defendant conferred with Plaintiff's counsel in a good faith attempt to resolve or narrow the issues involved in this motion, and that Plaintiff assents to this motion.

*/s/ Felicia H. Ellsworth*
Felicia H. Ellsworth

**CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2026, I caused this document to be filed through the CM/ECF system, where it will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Felicia H. Ellsworth*
Felicia H. Ellsworth
