# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cv-11352-RGS |
| President and Fellows of Harvard College | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amici Curiae Professors Benjamin Eidelson and Deborah Hellman                         .

Date:    05/21/2026

/s/ Benjamin Eidelson
*Attorney's signature*

Benjamin Eidelson (pro hac vice)
*Printed name and bar number*

1575 Massachusetts Ave.
Cambridge, MA 02138

*Address*

ben@beneidelson.org
*E-mail address*

(617) 495-4846
*Telephone number*

*FAX number*