**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA,

Plaintiff,

v.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

Defendant.

Case No. 1:26-cv-11352-RGS

## UNITED STATES' NOTICE OF INTENT TO FILE AMENDED COMPLAINT

Plaintiff United States of America ("United States"), pursuant to Fed. R. Civ. P. 15, provides this notice of intent to file an amended complaint on or before June 8, 2026, for the reasons set forth and stated as follows:

Rule 15 provides, in pertinent part, that: "(a)(1) [a] party may amend its pleading once as a matter of course no later than: … (B) … 21 days after service of a motion under Rule 12(b) …" Fed. R. Civ. P. 15(a)(1)(B).  Defendant President and Fellows of Harvard College ("Harvard") served a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) on May 18, 2026. *See* ECF 27. Harvard's May 18, 2026, Rule 12(b) motion triggered the United States' 21-day deadline to file an amended complaint on June 8, 2026.  This deadline accords with Local Rule 7.1, which provides, in pertinent part, that: "[a] party opposing a motion shall file an opposition within 14 days after the motion is served, *unless … another period is fixed by rule or statute ...*" L.R. 7.1(b)(2) (emphasis added). Here, Fed. R. Civ. P. 15(a)(1)(B) provides the United States with 21 days—rather than 14 days—to respond to Harvard's Rule 12(b) motion with an amended pleading.

Accordingly, the United States will file an amended complaint on or before June 8, 2026.

1

Respectfully submitted,

June 1st, 2026

HARMEET K. DHILLON
Assistant Attorney General

JESUS A. OSETE
Principal Deputy Assistant Attorney General

JEFFREY MORRISON (MO No. 44401)
Deputy Assistant Attorney General


*/s/ Daniel S. Flickinger*
JOHN P. MERTENS (UT No. 14522)
Acting Chief, Educational Opportunities Section
DANIEL S. FLICKINGER (AL No. 9539N77F)
Senior Counsel
ADAM F. GRIFFIN (NC No. 55075)
Trial Attorney
JOSHUA R. ZUCKERMAN (DC No. 1724555)
Trial Attorney
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 532-3893
Email: john.mertens@usdoj.gov

ATTORNEYS FOR PLAINTIFF
UNITED STATES OF AMERICA

## CERTIFICATE OF SERVICE

I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will distribute copies of the foregoing to the following counsel of record for Defendant on this, the 1st day of June 2026.

Felicia H. Ellsworth
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
T: (617) 526-6000
F: (617) 526-5000
Felicia.Ellsworth@wilmerhale.com

Joshua S. Levy
ROPES & GRAY LLP
The Prudential Tower
800 Boylston Street
Boston, MA 02199
T: (617) 951-7000
F: (617) 951-7050
joshua.levy@ropesgray.com

Steven P. Lehotsky
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave. NW, Suite 700
Washington, DC 20001
T: (512) 693-8350
F: (512) 727-4755
steve@lkcfirm.com

Robert K. Hur
KING & SPALDING LLP
1700 Pennsylvania Ave. NW, Suite 900
Washington, DC 20006
T: (202) 383-8969
F: (202) 626-3737
rhur@kslaw.com

*/s/ Daniel S. Flickinger*