### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 1:26-CV-11352-RGS |
| v. | |
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE, | |
| Defendant. | |

**JOINT MOTION TO MODIFY PAGE LIMIT FOR THE PARTIES' BRIEFS ON DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT AND TO SET A REVISED BRIEFING SCHEDULE**

Plaintiff United States of America and Defendant President and Fellows of Harvard College ("Harvard") respectfully request that the Court (1) modify the default page limit applicable to the parties' briefing on Harvard's forthcoming motion to dismiss the Amended Complaint and grant leave for each side to file a memorandum of up to 40 pages in length; and (2) revise the briefing schedule so that Harvard's deadline to respond to the Amended Complaint is June 30, 2026, and the United States' deadline to respond to Harvard's forthcoming motion to dismiss is August 4, 2026.

In support of this motion, the parties state as follows:

1.    The United States filed its Complaint on March 20, 2026.  Dkt. 1.

2.    The Court previously granted Harvard's request to modify the page limit applicable to its motion to dismiss the Complaint.  Dkt. 22.

3.    The United States filed an Amended Complaint on June 8, 2026.  Dkt. 38.

4.      Harvard intends to move to dismiss the Amended Complaint under Rule 12(b)(6). Under Local Rule 7.1(b)(4), memoranda in support of, or in opposition to, motions are ordinarily limited to 20 pages.

5.      The parties will present their arguments as concisely as possible.  Additional pages are necessary to address the significance and scope of the issues raised by the Amended Complaint.  A memorandum of up to 40 pages for each side will allow the parties to present those arguments in an orderly and efficient manner that serves the interests of judicial economy.

6.      The parties also request that the Court revise the briefing schedule so that Harvard's deadline to respond to the Amended Complaint is extended to June 30, 2026.

7.      The parties further request that the United States' deadline to respond to Harvard's forthcoming motion to dismiss is extended to August 4, 2026.

8.      The requested schedule will not unduly delay the proceedings and will permit the parties to address their arguments in full.

### CONCLUSION

For the reasons set forth above, the parties respectfully request that the Court grant leave for each side to file a memorandum of up to 40 pages in length and revise the briefing schedule so that Harvard's deadline to respond to the Amended Complaint is June 30, 2026, and the United States' deadline to respond to Harvard's forthcoming motion to dismiss is August 4, 2026.

DATED:  June 16, 2026

Respectfully Submitted,

*s/ Felicia H. Ellsworth*

HARMEET K. DHILLON
Assistant Attorney General

Felicia H. Ellsworth, BBO # 665232
WILMER CUTLER PICKERING
   HALE AND DORR LLP

JESUS A. OSETE
Principal Deputy Assistant Attorney General

60 State Street
Boston, MA 02109
T: (617) 526-6000
F: (617) 526-5000
Felicia.Ellsworth@wilmerhale.com

JEFFREY MORRISON (MO No. 44401)
Deputy Assistant Attorney General

*s/ Daniel S. Flickinger*
JOHN P. MERTENS (UT No. 14522)
Acting Chief, Educational Opportunities Section
DANIEL S. FLICKINGER (AL No. 9539N77F)
Senior Counsel
ADAM F. GRIFFIN (NC No. 55075)
Trial Attorney
JOSHUA R. ZUCKERMAN (DC No. 1724555)
Trial Attorney Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 251-1798
Email: daniel.flickinger@usdoj.gov

Steven P. Lehotsky, BBO # 655908
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave. NW, Suite 700
Washington, DC 20001
T: (512) 693-8350
F: (512) 727-4755
steve@lkcfirm.com

Robert K. Hur*
KING & SPALDING LLP
1700 Pennsylvania Ave. NW, Suite 900
Washington, DC 20006
T: (202) 383-8969
F: (202) 626 3737
rhur@kslaw.com

*Attorneys for Plaintiff*
UNITED STATES OF AMERICA

Joshua S. Levy, BBO # 563017
ROPES & GRAY LLP
The Prudential Tower
800 Boylston Street
T: (617) 951-7000
F: (617) 951-7050
joshua.levy@ropesgray.com

*Attorneys for Defendant*
PRESIDENT AND FELLOWS OF
HARVARD COLLEGE

* *pro hac vice* motion pending

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2026, I caused this document to be filed through the CM/ECF system, where it will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Felicia H. Ellsworth
Felicia H. Ellsworth