AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
District of Massachusetts

| | |
|---|---|
| United States of America | ) |
| *Plaintiff* | ) |
| v. | ) Case No.    1:26 cv 11352 RGS |
| President and Fellows of Harvard College | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Curiae The Louis D. Brandeis Center For Human Rights Under Law                                      .

Date:    07/22/2026

Philip Y. Brown
*Attorney's signature*

Philip Y. Brown (BBO #552366
*Printed name and bar number*

Brown Counsel, LLC
One Marina Park Drive, Suite 1410
Boston, MA 02210

*Address*

pbrown@browncounsel.com
*E-mail address*

(617) 842 8375
*Telephone number*

*FAX number*