### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>   Defendant. | Case No. 1:26-cv-11352-RGS |

### DEFENDANT'S MOTION FOR LEAVE TO FILE A
### REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS

Pursuant to Local Rule 7.1(b)(3), Defendant President and Fellows of Harvard College ("Harvard") respectfully seeks leave to submit a 15-page Reply in support of its Motion to Dismiss Plaintiffs' Amended Complaint (Dkt. 46). Harvard is prepared to file its Reply by Monday, August 3.

A Reply memorandum is necessary because in its Opposition (Dkt. 56), the Government makes unanticipated or novel contentions and assertions of law and fact that require a response. For example, the Government contends that it need not plead intentional discrimination or deliberate indifference to a hostile educational environment to allege a Title VI claim in which it is seeking only "non-monetary" relief and that allegations that a funding recipient was "fostering and incubating" a hostile campus environment or had a "policy of tolerance" are sufficient. Dkt. 56 at 21-24. The Government also argues that it need not satisfy the usual pleading standard under the Federal Rules of Civil Procedure with respect to its allegation that it satisfied Title VI's procedural requirements because the Government can satisfy that requirement through conclusory allegations under Rule 9(c). Dkt. 56 at 12-13. A Reply is necessary to allow Harvard to respond

to these discussions and to explain why the Government's theories of Title VI liability are legally incorrect and inadequately pleaded.    Allowing Harvard to file this Reply will not cause undue delay in the consideration of these issues.

WHEREFORE, Harvard respectfully requests that the Court grant its motion for leave to file a Reply in support of its Motion to Dismiss.

DATED:  July 23, 2026                    Respectfully Submitted,


                                         */s/ Felicia H. Ellsworth*

Robert K. Hur (*pro hac vice*)          Felicia H. Ellsworth, BBO # 665232
KING & SPALDING LLP                      WILMER CUTLER PICKERING
1700 Pennsylvania Ave. NW, Suite 900       HALE AND DORR LLP
Washington, DC 20006                     60 State Street
T: (202) 383-8969                        Boston, MA 02109
F: (202) 626 3737                        T: (617) 526-6000
rhur@kslaw.com                           F: (617) 526-5000
                                         Felicia.Ellsworth@wilmerhale.com


Joshua S. Levy, BBO # 563017            Steven P. Lehotsky, BBO # 655908
ROPES & GRAY LLP                         LEHOTSKY KELLER COHN LLP
The Prudential Tower                     200 Massachusetts Ave. NW, Suite 700
800 Boylston Street                      Washington, DC 20001
T: (617) 951-7000                        T: (512) 693-8350
F: (617) 951-7050                        F: (512) 727-4755
joshua.levy@ropesgray.com                steve@lkcfirm.com

**LOCAL RULE 7.1 CERTIFICATION**

In accordance with Local Rule 7.1(a), the undersigned hereby certifies that on July 23, 2026, counsel for Harvard contacted counsel for the Government in order to confer regarding the Government's position on this motion, and on July 23, 2026, counsel for the Government informed counsel for Harvard that the Government does not assent to the relief Harvard seeks in this motion.

/s/ Felicia H. Ellsworth
Felicia H. Ellsworth

**CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2026, I caused this document to be filed through the CM/ECF system, where it will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Felicia H. Ellsworth
Felicia H. Ellsworth