**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>　　　　　Defendant. | Case No. 1:26-cv-11352-RGS |

**UNITED STATES' OBJECTION TO DEFENDANT'S MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM**

Plaintiff United States of America ("United States") objects to the Motion for Leave to File a Reply Memorandum submitted by Defendant President and Fellows of Harvard College ("Harvard") for the reasons set forth and stated as follows:

The issues raised by Harvard purportedly necessitating a reply memorandum were apparent on the face of the United States' Amended Complaint ("AC") and have been fully briefed by the parties. *See* AC, Dkt. 38 ¶¶ 172-184 (pleading the United States' Title VI claim for non-monetary relief on the basis of Harvard's "fostering and incubation of a hostile campus environment for its Jewish and Israeli students."); ¶¶ 8-10, 163-171 (pleading that the United States satisfied all administrative prerequisites for bringing this action). Harvard should not be afforded the opportunity to raise new arguments for the first time in a reply memorandum "that could have been raised in supporting memorandum." *Norman v. Wonderland Greyhound Park Realty LLC*, 723 F. Supp. 2d 298, 349 (D. Mass. 2010) (internal citations omitted).

However, if the Court is inclined to grant Harvard's motion, the United States requests the opportunity to file a sur-reply memorandum with the same time and length parameters afforded Harvard.

1

Respectfully submitted,

July 23rd, 2026                          HARMEET K. DHILLON
                                         Assistant Attorney General

                                         JESUS A. OSETE
                                         Principal Deputy Assistant Attorney General

                                         JEFFREY MORRISON (MO No. 44401)
                                         Deputy Assistant Attorney General


                                         */s/ Daniel S. Flickinger*
                                         JOHN P. MERTENS (UT No. 14522)
                                         Acting Chief, Educational Opportunities Section
                                         DANIEL S. FLICKINGER (AL No. 9539N77F)
                                         Senior Counsel
                                         ADAM F. GRIFFIN (NC No. 55075)
                                         Trial Attorney
                                         JOSHUA R. ZUCKERMAN (DC No. 1724555)
                                         Trial Attorney
                                         Civil Rights Division
                                         U.S. Department of Justice
                                         950 Pennsylvania Avenue, N.W.
                                         Washington, D.C. 20530
                                         Telephone: (202) 532-3893
                                         Email: john.mertens@usdoj.gov

                                         ATTORNEYS FOR PLAINTIFF
                                         UNITED STATES OF AMERICA

## <u>CERTIFICATE OF SERVICE</u>

I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will distribute copies of the foregoing to the following counsel of record for Defendant on this, the 23rd day of July, 2026.

Felicia H. Ellsworth
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
T: (617) 526-6000
F: (617) 526-5000
Felicia.Ellsworth@wilmerhale.com

Steven P. Lehotsky
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave. NW, Suite 700
Washington, DC 20001
T: (512) 693-8350
F: (512) 727-4755
steve@lkcfirm.com

Joshua S. Levy
ROPES & GRAY LLP
The Prudential Tower
800 Boylston Street
Boston, MA 02199
T: (617) 951-7000
F: (617) 951-7050
joshua.levy@ropesgray.com

Robert K. Hur
KING & SPALDING LLP
1700 Pennsylvania Ave. NW, Suite 900
Washington, DC 20006
T: (202) 383-8969
F: (202) 626-3737
rhur@kslaw.com

*/s/ Daniel S. Flickinger*