# IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>    Defendant. | Case No. 1:26-CV-11352-RGS<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

Please take notice that Adam F. Griffin hereby withdraws his appearance as counsel of record for Plaintiff because he is no longer employed by the Department of Justice.

Dated: August 6, 2026       Respectfully submitted,


*/s/ Joshua R. Zuckerman*
JOSHUA R. ZUCKERMAN (DC No. 1724555)
Attorney
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Telephone: (771) 333-0027
Email: Joshua.Zuckerman@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

**CERTIFICATE OF SERVICE**

I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will distribute copies of the foregoing to the following counsel of record for Defendant on this, the 6th day of August 2026.

Felicia H. Ellsworth
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
T: (617) 526-6000
F: (617) 526-5000
Felicia.Ellsworth@wilmerhale.com

Joshua S. Levy
ROPES & GRAY LLP
The Prudential Tower
800 Boylston Street
Boston, MA 02199
T: (617) 951-7000
F: (617) 951-7050
joshua.levy@ropesgray.com

Steven P. Lehotsky
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave. NW, Suite 700
Washington, DC 20001
T: (512) 693-8350
F: (512) 727-4755
steve@lkcfirm.com

Robert K. Hur
KING & SPALDING LLP
1700 Pennsylvania Ave. NW, Suite 900
Washington, DC 20006
T: (202) 383-8969
F: (202) 626-3737
rhur@kslaw.com

*/s/ Joshua R. Zuckerman*