**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

<u>**United States of America**</u>
     Plaintiff

     V.

                    CIVIL ACTION

                    NO. **1:26-cv-11352-RGS**

<u>**President and Fellows of Harvard College**</u>
     Defendant

<u>**ORDER OF DISMISSAL**</u>

<u>Stearns, D. J.</u>

     In accordance with the Court's Order entered August 13, 2026 [Doc. No. 65] it is hereby <u>ORDERED</u> that the above-entitled action be and hereby is <u>DISMISSED.</u>

                    By the Court,

<u>8/13/2026</u>                      <u>/s/ Jacqueline Martin</u>
    Date                         Deputy Clerk